THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. C16-1556-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MARJORIE A. WIGHT, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to vacate the trial schedule (Dkt. No. 24.) The motion is GRANTED in part and DENIED in part. The Court GRANTS the parties' request for a Status Conference. The parties are ORDERED to appear at 9:00 a.m. on Tuesday, December 12, 2017. The Court DENIES the parties' request to vacate the Scheduling Order. The Court may reconsider the issue following the December 12, 2017 Status Conference.

DATED this 13th day of October 2017.

                                              William M. McCool
                                              Clerk of Court

                                              s/Tomas Hernandez
                                              Deputy Clerk