UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. C16-1556-JCC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| MARJORIE A. WIGHT, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the United States' status report and the parties' stipulated motion for an extension of the trial date and related case management deadlines in light of the pendency of Marjorie Wight's innocent spouse application (Dkt. No. 29). The December 11, 2018 status conference in this matter is VACATED. The parties' motion for a continuance is GRANTED. The jury trial in this case is CONTINUED from Monday, June 11, 2018 to Monday, August 13, 2018 at 9:30 a.m., with case management deadlines to be as follows:

| | |
|---|---|
| Pleading Amendment/3rd Party Action Due | Wednesday, February 7, 2018 |

| | |
|---|---|
| Mediation Deadline | Friday, April 20, 2018 |
| Discovery Cutoff | 120 days prior to trial |
| Dispositive Motion Deadline | 90 days prior to trial |
| Proposed Pretrial Order and Trial Briefs Due | Friday, August 3, 2018 |
| Motions in Limine | Wednesday, July 11, 2018 |
| Proposed Voir Dire, Proposed Jury Instructions,[1] Proposed Verdict Forms Due | Monday, August 6, 2018 |

Absent extraordinary circumstances, the Court will not consider further continuances in this matter.

DATED this 7th day of December 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

---

[1] The parties shall indicate which instructions they agree upon and which instructions are contested, along with the basis for challenging each contested instruction.