THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>MARJORIE WIGHT, *et al.*,<br><br>Defendants. | CASE NO. C17-1556-JCC<br><br>ORDER |

This matter comes before the Court on Plaintiff's motion to strike Plaintiff's innocent spouse affirmative defense (Dkt. No. 28). Having thoroughly considered the parties' briefing and the relevant record, the Court GRANTS the motion for the reasons explained herein.

The Government filed a complaint with this Court seeking to foreclose a federal tax lien against Defendant Marjorie Wight using property located in Kenmore, Washington. (Dkt. No. 1 at 3.) The Government alleges Defendant fraudulently transferred the property, which she received from her sister's estate, to her nephew in order to obstruct the Government's efforts to enforce its 2001 judgement. (*Id.* at 2.) In answering the Government's complaint, Defendant alleged she was an innocent spouse and qualified for the relief afforded by 26 U.S.C. section 66. (Dkt. No. 18 at 6–7.) The Government moves to strike this affirmative defense because this Court lacks subject matter jurisdiction to hear this defense. (Dkt. No. 28). Defendant failed to file a response in opposition, which the Court views as an "admission that the motion has merit."

1 W.D. Wash. Local Civ. R. 7(b)(2).

2 Therefore, the Court GRANTS Plaintiff's motion (Dkt. No. 28). The Court STRIKES
3 Defendant Marjorie Wight's innocent spouse defense.

4 DATED this 7th day of February 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE