THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MARJORIE A. WIGHT, *et al.*,<br><br>  Defendants. | CASE NO. C16-1556-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for reconsideration (Dkt. No. 45) of this Court's order (Dkt. No. 43) granting in part and denying in part Plaintiff's motion for summary judgment (Dkt. No. 36).

"Motions for reconsideration are disfavored." W.D. Wash. Local Civ. R. 7(h). "The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." *Id.*

The Government argues that the Court's order (Dkt. No. 43) contained manifest error (Dkt. No. 45 at 2–4). Specifically, the Government alleges that it is entitled to a money judgment against Defendant Matthew Migel, as provided by Washington Revised Code section

MINUTE ORDER, C16-1556-JCC
PAGE - 1

19.40.081(2), *in addition to* avoidance of the transfer, as provided by Washington Revised Code section 19.40.071(a). (Dkt. No. 45 at 2–4.)

Finding good cause, the Court DIRECTS Mr. Migel to submit a response to Plaintiff's motion for reconsideration (Dkt. No. 45) on or before July 6, 2018. The response shall not exceed four pages and shall be limited to the issue described above. Should Plaintiff wish to submit a reply to Defendant's response, Plaintiff shall do so on or before July 13, 2018. The Clerk is DIRECTED to re-note Plaintiff's motion for reconsideration (Dkt. No. 45) for July 13, 2018.

DATED this 21st day of June 2018.

<u>William M. McCool</u>
Clerk of Court

<u>/s/Tomas Hernandez</u>
Deputy Clerk