HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT,
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) NO. 2:16-cv-01556-JCC |
| v. | ) **[PROPOSED] ORDER AUTHORIZING SALE OF 85TH AVENUE NE** |
| WENDY WIGHT, as Personal Representative of Marjorie Wight, MATTHEW J. MIGEL, WENDY WIGHT, and KING COUNTY TREASURER, | ) |
| Defendants. | ) |

The United States has moved for a court order authorizing the sale of the parcel of real property at issue in this action located at 15440 85th Avenue NE, Kenmore, Washington, 982028 ("the subject property") and legally described as:

Lot 9, Moorland Lanes, according to plat recorded in volume 64 of plats, page 25, in King County, Washington.

Based on the United States' motion and 26 U.S.C. §§7402(a) and 7403(c), it is hereby ORDERED that:

[Proposed] Order Authorizing Sale
(Case No. 2:16-cv-01556-JCC)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-305-3664

1. The sale of the subject property for the purchase price of $805,000 to Erdenebayar Gunchin and Munkhtsetseg Tseveendorj is authorized. Upon receipt of the full purchase price, Steven S. Snider LLC ("the Receiver") is directed to execute the attached Receiver's Deed transferring title of the subject property to Mr. Gunchin and Ms. Tseveendorj.

2. The sale shall be free and clear of any existing rights, titles, claims, liens, or interest of the Receiver or any other parties to this action, including:

    a. Marjorie Wight or her estate,

    b. Wendy Wight,

    c. Matthew Migel,

    d. U.S. Bank N.A.,

    e. the King County Treasurer, and

    f. the United States' federal tax liens or judgment lien as described in the Complaint (Dkt. No. 1 at 4–5).

3. Consistent with this Court's Order Amending Order of Sale and Appointing Receiver (Dkt. No. 63), the Receiver shall be reimbursed at closing from the proceeds of the sale for the reasonable and necessary costs of the sale incurred, which include paying 3% of the gross purchase price to the buyer's broker for her commission and retaining another 3% as compensation.

4. The proceeds of the sale shall be distributed pursuant to a future order of this Court.

5. The Receiver is authorized to sign all the necessary documents and make all the distributions consistent with this Order.

[Proposed] Order Authorizing Sale
(Case No. 2:16-cv-01556-JCC)

2

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-305-3664

6. In the event Mr. Gunchin and Ms. Tseveendorj fail to pay over the full purchase price for the subject property within thirty (30) days of this order, they will forfeit any initial deposit made, and the Receiver may continue to market the subject property to other prospective buyers consistent with the terms in the Order Amending Order of Sale and Appointing Receiver.

Presented by:

*/s/ Lolita De Palma*
LOLITA DE PALMA
Trial Attorney, Tax Division
U.S. Department of Justice

Dated this 13th day of June 2023

BY THE COURT:

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

[Proposed] Order Authorizing Sale
(Case No. 2:16-cv-01556-JCC)

3

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-305-3664